UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CYNTHIA MCCRATIC | ) | CIVIL ACTION NO. |
|   Plaintiff, | ) | |
| | ) | |
| v. | ) | COMPLAINT |
| | ) | |
| BOSTON HARBOR CRUISES, INC., | ) | |
| owner of the M/V LIGHTNING, | ) | |
|   Defendant. | ) | |

## INTRODUCTION

1.  This is an action for maritime personal injuries which occurred on or about August 16, 2019, while the Plaintiff, Cynthia McCratic, was a passenger aboard the M/V LIGHTNING, which was owned, operated, chartered, and/or controlled by the Defendant, Boston Harbor Cruises, Inc., the Plaintiff asserts a cause of action against the Defendant for personal injuries based upon negligence brought under the General Maritime Law.

## JURISDICTION

2.  This is a case of maritime jurisdiction pursuant to 28 U.S.C. § 1333(1).

## THE PARTIES

3.  The Plaintiff, Cynthia McCratic, is of legal age and resides in Hull, Massachusetts.

4.  The Defendant, Boston Harbor Cruises, Inc., is a duly organized domestic corporation with a principal office at 206 Atlantic Avenue, Massachusetts, and at all times hereinafter referred to, owned, operated and/or controlled the M/V LIGHTNING.

## FACTUAL ALLEGATIONS

5.  On or about August 16, 2019, the Plaintiff was a lawful passenger aboard the M/V

LIGHTNING, which was operating in navigable waters. The ferry was headed toward Boston from Hull when it ran aground.   The Plaintiff was caused to sustained serious personal injuries due to the negligence of the defendant, its agents, servants, and/or employees.

## COUNT I
GENERAL MARITIME LAW- NEGLIGENCE

6.      Paragraphs 1-5 are realleged and incorporated herein.

7.      The injuries sustained by the Plaintiff were no fault of her own but were caused by the negligence of the Defendant in the that the Defendant had a duty to operate the vessel in a safe manner and breached that duty, causing injuries to the plaintiff.

8.      As a result of the said injuries, the Plaintiff has suffered great pain of body and anguish of mind, lost a great deal of time from her usual work, incurred medical and hospital expenses, and has suffered and will suffer other damages as will be shown at the trial.

9.      This cause of action is brought for negligence under the General Maritime Law.

## REQUEST FOR RELIEF

1.  Under Count I, that this court enter judgment in favor of the Plaintiff against the Defendant.

2.  For such other relief as this court deems appropriate.

3

**PLAINTIFF DEMANDS TRIAL BY JURY ON ALL COUNTS.**

Respectfully submitted,
By her attorney,


   /s/ Thomas M. Bond
Thomas M. Bond, B.B.O. No. 546649
THE KAPLAN/BOND GROUP
265 Franklin Avenue, Suite 1702
Boston, MA 02110
(617) 261-0080
tbond@kaplanbond.com

Dated:  6/2/2022